IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IMED TECHNOLOGY, INC.<br>Plaintiff,<br><br>vs.<br><br>TELEFLEX, INC; TELEFLEX<br>MEDICAL, INC.; ARROW<br>INTERNATIONAL, INC.; TELEFLEX<br>MEDICAL EUROPE, LTD.; and<br>TELEFLEX MEDICAL EUROPE SRL,<br>Defendants. | §<br>§<br>§<br>§   Civil Action No. 3:19-CV-01861-E-BK<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (Doc. No. 22). No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. This Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (Doc. No. 7). This action is hereby **DISMISSED without prejudice**.

**SO ORDERED.**

Signed May 1, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE